IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA
ex rel., Patricia A. Keehle

                                            Plaintiff

       V.                                      Case No.: 5:99-CV-103 (HGM/GS)

HANDY & HARMAN, INC. and
STRANDFLEX

                                            Defendants

_____

**ORDER**

This closed case is being prepared for storage at the Federal Archives and Records Center in Lee Summit, Missouri. The Federal Archives and Records Center will not accept sealed records for storage and this case contains the following sealed documents:

**Document # 4 - Application for an Order to Extend Time filed March 19, 1999**

**Document # 5 - Order Sealing # 4 Application filed March 19, 1999**

**Document # 6 - Application for an Order to Extend Time filed September 30, 1999**

**Document # 7 - Order Sealing # 6 Application filed on September 30, 1999**

It is hereby ORDERED that the parties show cause, by **June 22, 2011**, why document numbers 4, 5, 6 and 7 cannot be unsealed for storage. Failure to respond or show cause will result in the documents being unsealed and transferred to the Records Center without further order of the Court.

Norman A. Mordue
Chief United States District Court Judge

                                                        Dated:   June 15, 2011
                                                        Syracuse, New York