IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA
ex rel., Patricia A. Keehle

                           Plaintiff

    V.                                            Case No.: 5:99-CV-103
                                                              (HGM/GS)
HANDY & HARMAN, INC. and
STRANDFLEX

                           Defendants

_____

**ORDER TO UNSEAL**

This closed case is being prepared for storage at the Federal Archives and Records Center in Lee Summit, Missouri. An order was issued on the 15th day of June, 2011 (Dkt. No. 17) directing the parties to show cause as to why the following sealed documents should not be unsealed and transferred to the Federal Archives and Records Center:

**Document # 4 - Application for an Order to Extend Time filed March 19, 1999**

**Document # 5 - Order Sealing # 4 Application filed March 19, 1999**

**Document # 6 - Application for an Order to Extend Time filed September 30, 1999**

**Document # 7 - Order Sealing # 6 Application filed on September 30, 1999**

The Court is under no obligation to remind parties of the requirement to comply with Local Rule 83.13 which states that pleadings and other papers filed under seal in civil actions shall remain under seal for sixty (60) days following final disposition of the action unless the district judge or magistrate judge, upon motion, orders that the pleading or other document remain under seal or be returned to the filing party. No such motion has been made. The order to show cause was issued as a courtesy to the

parties.

Additionally, no response to the order to show cause has been filed by any party of record, and the deadline for any such response has expired.

It is hereby ORDERED that the Clerk shall UNSEAL document numbers 4, 5, 6, and 7 and process the documents in accordance with the retention and disposition instructions reflected in the Judiciary's court records schedules contained in Appendices 6A and 6B in the *Guide to Judiciary Policy*, Volume 10, Chapter 6.

Dated: September 15, 2011
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge